1  Roman Otkupman, CSBN 249423
   *Roman@OLFLA.com*
2  Nidah Farishta, CSBN 312360
   *Nidah@OLFLA.com*
3  **OTKUPMAN LAW FIRM, A LAW CORPORATION**
   5743 Corsa Ave, Suite 123
4  Westlake Village, CA 91362
   Telephone: (818) 293-5623
5  Facsimile (888) 850-1310

6  Attorneys for Plaintiff,
   BRENDA GANTHER, on behalf of herself and all others similarly situated, and on behalf of the
7  general public

8  Tyler M. Paetkau (SBN 146305)
   Olga Savage (SBN 252009)
9  HUSCH BLACKWELL LLP
   1999 Harrison St., Suite 700
10 Oakland, CA  94612
   *Telephone:* 510.768.0650
11 *Facsimile:* 510.768.0651
   Tyler.Paetkau@huschblackwell.com
12 Olga.Savage@huschblackwell.com

13
   Attorneys for Defendant
14 TRANSDEV SERVICES, INC.

15

16
# UNITED STATES DISTRICT COURT
17
# NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  BRENDA GANTHER, on behalf of herself and all other similarly situated employees, and  20  on behalf of the general public;  21                         Plaintiff,  22  v.  23  TRANSDEV SERVICES, INC., a Maryland Corporation, and DOES 1 through 10,  24  inclusive,  25                         Defendants. | Case No.        4:22-cv-04230-KAW  **JOINT STIPULATION CONSOLIDATING CASES AND MODIFYING CASE MANAGEMENT ORDER; ORDER THEREON** |

26

27

28

- 1 -

JOINT STIPULATION CONSOLIDATING CASES AND MODIFYING CASE
MANAGEMENT ORDER; ORDER THEREON

HB: 4871-0203-8688.1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff BRENDA GANTHER ("Plaintiff") and Defendant TRANSDEV SERVICES, INC. ("Defendant") (jointly referred to as "the Parties") by and through their respective counsel of record have conferred and hereby stipulate to consolidate cases *Brenda Ganther, et al. v. Transdev Services, Inc., et al.* (the instant case) and *Brenda Ganther, et al. v. Transdev Services, Inc., et al.* (Case No. 4:22-cv-08894-KAW) pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. The Parties further stipulate to continue the mediation completion deadline, class certification motion dates, and further case management conference, as set forth below.

## **JOINT STIPULATION**

**WHEREAS**, presently pending in this Court are two related actions identified below:

1. *Brenda Ganther, et al. v. Transdev Services, Inc., et al.,* United States District Court, Northern District of California, Case No. 4:22-cv-04230-KAW ("Class Action"); and

2. *Brenda Ganther, et al. v. Transdev Services, Inc., et al.,* United States District Court, Northern District of California, Case No.4:22-cv-08894-KAW ("PAGA Action");

**WHEREAS**, both cases involve the same common questions of law and fact;

**WHEREAS**, Rule 42(a) of the Federal Rules of Civil Procedure permits a court to consolidate actions pending before it if those actions involve a "common question of law or fact" and a Court may consider several factors that would affect the litigation including the burden on parties, witnesses, judicial resources, the risk of inconsistent adjudications, the potential for prejudice, and the risk of delaying trial. *Johnson v. Celotex Corp*., 899 F.2d 1281, 1285 (2nd Cir. 1990); *Cantrell v. GAF Corp*., 999 F.2d 1007, 1011 (6th Cir. 1993); *Malcolm v. National Gypsum Co*., 995 F.2d 346, 350 (2nd Cir. 1993); *Mills v. Beech Aircraft Corp*., 886 F.2d 758, 762 (5th Cir. 1989);

**WHEREAS**, the Parties now seek to consolidate the above related actions, with the Class Action being the lead case, pursuant to F.R.C.P. 42 because both cases involve common questions of law and fact;

1  **WHEREAS**, the instant Class Action and PAGA Action are both pending in the same court (United States District Court, Northern District of California) and involve common questions of law and fact, and thereby satisfy the only requirement for consolidation under Rule 42(a);

**WHEREAS**, consolidating the Class Action and PAGA Action would clearly serve the interests of justice: increases judicial efficiency, avoids duplicative evidence, procedures, and inconsistent adjudications, precludes waste, and alleviates potential burdens to the court and all parties involved.

**WHEREAS**, the deadline to complete mediation in the Class Action is currently set for January 29, 2024; the deadline to file a motion for class certification in the Class Action is currently set for March 8, 2024; and the hearing on the motion for class certification in the Class Action is currently set for June 6, 2024 [Dkt. 26].

**WHEREAS**, the Parties agree that additional time is needed to complete discovery and continue to confer regarding mediation. The Parties are actively engaged in discovery, including written discovery, depositions (which the Parties are scheduling for February and March 2024) and the *Belaire West* notice process, which the Parties anticipate will be completed on or before March 15, 2024. The Parties are also conferring regarding a production of a representative sampling of putative class member time and payroll records.

## **STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the Parties hereto through their respective attorneys of record:

1. The Class Action and PAGA Action will be consolidated with the Class Action being the lead case;

2. The Scheduling Order in the Class Action shall be modified as follows and shall govern the consolidated case as follows:

| DEADLINE/HEARING | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Mediation Completion | 01/29/2024 | 07/29/2024 |

- 3 -
JOINT STIPULATION CONSOLIDATING CASES AND MODIFYING CASE
MANAGEMENT ORDER; ORDER THEREON

HB: 4871-0203-8688.1

| Deadline | | |
|---|---|---|
| Class Certification: Motion Due | 03/08/2024 | 09/13/2024 |
| Class Certification: Opposition Due | 04/05/2024 | 10/11/2024 |
| Class Certification: Reply Due | 05/03/2024 | 11/8/2024 |
| Class Certification: Hearing | 06/06/2024 | 12/5/2024 |
| Further Case Management Conference | 07/16/2024 | 01/14/2025 |

**IT IS SO STIPULATED.**

Dated:  January 30, 2024     Respectfully submitted,

OTKUPMAN LAW FIRM, A LAW CORPORATION


By:   */s/ Roman Otkupman*
      Roman Otkupman
      Nidah Farishta
      Attorney for Plaintiff
      BRENDA GANTHER

Dated:  January 30, 2024     Respectfully submitted,

HUSCH BLACKWELL LLP


By:   */s/ Olga Savage*
      Tyler M. Paetkau
      Olga Savage
      Attorneys for Defendant
      TRANSDEV SERVICES, INC.

- 4 -

JOINT STIPULATION CONSOLIDATING CASES AND MODIFYING CASE MANAGEMENT ORDER; ORDER THEREON

HB: 4871-0203-8688.1

**ORDER**

Based upon the stipulation of the Parties, the Court **ORDERS**:

1. *Brenda Ganther, et al. v. Transdev Services, Inc., et al.,* United States District Court, Northern District of California, Case No. 4:22-cv-04230-KAW ("Class Action") and *Brenda Ganther, et al. v. Transdev Services, Inc., et al.,* United States District Court, Northern District of California, Case No.4:22-cv-08894-KAW ("PAGA Action") are **CONSOLIDATED FOR ALL PURPOSES**. The new case number for all filings is 4:22-cv-04230-KAW;

2. The Parties shall comply with the Scheduling Order issued in the Class Action, and which is modified as follows:

    a. The deadline to complete mediation is **July 29, 2024**;

    b. The deadline to file a motion for class certification is **September 13, 2024**;

    c. The deadline to file an opposition to the motion for class certification is **October 11, 2024**;

    d. The deadline to file a reply to the opposition to the motion for class certification is **November 8, 2024**;

    e. The motion for class certification will be heard on **December 5, 2024** at 1:30 P.M.

    f. A further case management conference is set for **January 14, 2025** at 1:30 P.M.

    g. All dates set in *Brenda Ganther, et al. v. Transdev Services, Inc., et al.,* United States District Court, Northern District of California, Case No.4:22-cv-08894-KAW are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: February 20, 2024

_____
UNITED STATES MAGISTRATE JUDGE